# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIANS FOR ALTERNATIVES TO TOXICS,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**KERNEN CONSTRUCTION CO., ET AL.,**<br><br>Defendants**.** | CASE NO. 16-cv-04007-YGR<br><br>**ORDER STRIKING PLAINTIFF'S OBJECTIONS**<br>Re: Dkt. No. 91 |

On May 2, 2017, in connection with plaintiff's reply in support of its motion for partial summary judgment, plaintiff filed separately "Objections to Evidence Submitted in Support of Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment." (Dkt. No. 91.) Such filing is in contravention of the Local Rules, which provide thus: "Any reply to an opposition may include affidavits or declarations, as well as a supplemental brief or memorandum under Civil L.R. 7-4. **Any evidentiary and procedural objections to the opposition must be contained within the reply brief or memorandum.**" Civil L.R. 7-3(c).

Accordingly, plaintiff's filing at Docket Number 91 is hereby **STRICKEN** from the record. The parties are reminded of their obligations to comply with the Local Rules of this District and this Court's Standing Orders. Further failures to comply may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 3, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**