UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>Defendants. | Case No. 3:20-cv-01348-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Yvonne Gonzalez Rogers to determine whether it is related to *Californians for Alternatives to Toxics v. Kernen Construction Co.*, Case No. 16-cv-04007-YGR.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: May 19, 2020

JAMES DONATO
United States District Judge