IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>  Plaintiff,<br><br>  v.<br><br>KERNEN CONSTRUCTION CO., et al.,<br><br>  Defendants. | Case No. 24-cv-04067-MMC<br><br>**ORDER OF REFERRAL** |

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to the Honorable Yvonne Gonzales-Rogers for consideration of whether the case is related to Californians for Alternatives to Toxics v. Kernen Construction Co., et al., No. 4:20-cv-03148-YGR and Californians for Alternatives to Toxics v. Kernen Construction Co., et al., No. 4:16-cv-04007-YGR.

**IT IS SO ORDERED.**

Dated: July 17, 2024

MAXINE M. CHESNEY
United States District Judge